JACOB SEAMAN, Respondent, *v.* JOHN SCHAEFFER et al., Appellants.

(Argued February 3, 1879 ; decided February 11, 1879.)

*James Troy* for appellants.

*J. A. Shoudy* for respondent.

AGREE to affirm. No opinion.
All concur.
Judgment affirmed.